# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

CONTINENTAL COAL, Inc.,

        Plaintiff,

vs.

        Case No. 06-2122-KHV

MATT CUNNINGHAM, *et al.*,

        Defendants.

## ORDER GRANTING MOTION TO WITHDRAW

This matter comes before the Court on the motion of Michael K. Seck and the law firm of Fisher, Patterson, Sayler & Smith, L.L.P. to withdraw as counsel of record for defendants Matt and Laura Cunningham (Doc. 77).  The Court has reviewed the motion of counsel and finds that it complies with D. Kan. Rule 83.5.5 and that counsel have given notice to the clients of his motion (Doc 77, Ex. A-B) and of the clients' rights and obligations as provided by said rule.

The Court therefore Orders that the motion of Michael K. Seck to withdraw as counsel for defendants Matt and Laura Cunningham is granted and the clerk is directed to send all future notices, pleadings and filings on this matter to Matt and Laura Cunningham at: 25939 East 1000 Road, Post Office Box 151, Pleasanton, Kansas 66075.

**IT IS SO ORDERED.**

Dated this 28th day of August, 2007, at Topeka, Kansas.

                                              s/ K. Gary Sebelius
                                              K. Gary Sebelius
                                              U.S. Magistrate Judge