IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CONTINENTAL COAL, Inc.,

           Plaintiff,

v.                                              Case No. 06-2122-KHV

MATT CUNNINGHAM, *et al.*,

           Defendants.

## **ORDER**

This matter comes before the court upon defendant Board of County Commissioners of Linn County Kansas' (Linn County) Motion to Compel Discovery and For Extension of Expert Disclosure Deadline (Doc. 72). Plaintiff has responded (Doc. 80), to which defendant Linn County has replied.

Upon review of the instant motion, the court orders plaintiff to produce to the court unredacted fee statements and corresponding redacted fee statements to date for an *in camera* review. Copies of such items shall be forwarded to the court for an *in camera* review within ten (10) days of the date of this order

**IT IS THEREFORE ORDERED** that plaintiff Continental Coal produce to the court copies of unredacted attorney fees statements and corresponding redacted fee statements by **October 26, 2007.**

**IT IS SO ORDERED.**

Dated this 16th day of October, 2007, at Topeka, Kansas.

                                                        s/ K. Gary Sebelius
                                                        K. Gary Sebelius
                                                        U.S. Magistrate Judge